IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-812-D

| | |
|---|---|
| GAYE SUE STANCIL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| REX HOSPITAL and SUSAN BOULD, | ) |
| Defendants. | ) |

On February 21, 2013, Gaye Sue Stancil ("plaintiff") filed a motion to deny an extension of time for Rex Hospital and Susan Bould ("defendants") to respond to her complaint [D.E. 10]. On February 22, 2013, defendants filed a motion for an extension of time to answer or otherwise respond to plaintiff's complaint [D.E. 12]. The motions have been referred to the Clerk pursuant to Local Civil Rule 77.2(b).

For good cause shown, defendants' motion for an extension of time is GRANTED [D.E. 12] and defendants are ALLOWED up to and including March 21, 2013, to answer, move, or otherwise plead in response to plaintiff's complaint. Plaintiff's motion to deny the motion for an extension of time is DENIED [D.E. 10].

SO ORDERED. This 25th day of February 2013.

Julie A. Richards Clerk of Court