AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| GAYE SUE STANCIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| REX HOSPITAL and SUSAN BOULD, ) | **CASE NO. 5:12-CV-812-D** |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants' Motion to Dismiss [D.E. 23]. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 25, 2013**</u> WITH A COPY TO:

Gaye Sue Stancil, Pro se (via USPS to 278 Water Oak Drive, Smithfield, NC 27577)
Bridget A. Blinn-Spears (via CM/ECF electronic notification)


<u>July 25, 2013</u>                                      JULIE A. RICHARDS, Clerk
Date                                              Eastern District of North Carolina

                                                                 /s/ Debby Sawyer
                                                                 (By) Deputy Clerk

Raleigh, North Carolina